**AMERICAN SAMOA GOVERNMENT, Plaintiff**

**v.**

**AUGUSTINE M. McKENZIE, Defendant**

High Court of American Samoa
Trial Division

CR No. 71-85

January 31, 1997

Before: RICHMOND, Associate Justice.

Counsel: For Plaintiff, Pro Se

Order Denying Motions For Relief From Judgment And To Proceed *In Forma Pauperis*:

On January 28, 1997, Augustine M. McKenzie ("McKenzie") moved the Trial Division of the High Court for relief from the judgment and sentence in this criminal action under the Federal Rules of Civil Procedure, Rule 60(b)(6), which is identical to Rule 60(b)(6) of the High Court's Trial Court Rules of Civil Procedure. McKenzie also moved for an order permitting him to proceed *in forma pauperis* without prepayment of fees and costs or security.

 Since McKenzie requests relief from the sentence of a *criminal* proceeding, *Civil* Procedure Rule 60(b)(6), whether territorial or federal, is inapplicable to the present case. Furthermore, the judgment and sentence in this case is final, and the Trial Division of this court lacks any authority to overturn final judgments and sentences in criminal matters. Any relief from the judgment and sentence at this time is exclusively within the executive's authority through commutation, reprieve or pardon. *See* REV. CONST. OF AM. SAMOA, art. IV, § 9 of the. The motion for relief from judgment must be denied.[1]

---

[1] We note that in *McKenzie v. Tuimavae*, Civil Action No. 113-94 (Dec. 14, 1994), this court granted summary judgment against McKenzie, who had claimed, among other things, that the revocation of

We will also dismiss the motion to proceed *in forma pauperis* on the grounds that McKenzie's supporting affidavit failed to state the nature of the action, defense or appeal, and failed to state his belief that he is entitled to redress. *See* Rule 24 of the High Court's Appellate Court Rules; *cf.* 28 U.S.C.S. Section 1915.

### ORDER

The motions for relief from judgment and for leave to proceed *in forma pauperis* are denied. It is so ordered.

his release program violated due process. Additionally, on April 9, 1996, this court denied McKenzie's motion for temporary release from his sentence of life imprisonment.